

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2018

No. 04-17-00232-CV

Thomas Ritter **HELM**,
Appellant

v.

Lisa Lorraine **HAUSER**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-16709
Honorable Martha Tanner, Judge Presiding

## O R D E R

On June 13, 2018, this court issued its opinion and judgment in this appeal. A motion for rehearing is due on June 28, 2018. See Tex. R. App. P. 49.1

Before the due date, Appellant filed an unopposed motion for a thirty-day extension of time to file a motion for rehearing.

Appellant's motion is GRANTED. Appellant's motion for rehearing is due on July 30, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court